IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.                                       Civil No. 16-1310 KBM/CG

ASSORTED DRUG PARAPHERNALIA,

    *Defendants-in-rem.*

## **PARTIAL DEFAULT JUDGMENT**

This matter comes before the Court on the United States' Motion for Default Judgment as to Any and All Unknown Claimants, pursuant to Federal Rule of Civil Procedure Rule 55(b)(2). The Court, having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS:

1. The statements contained in the Praecipe, Clerk's Certificate of Default, and Motion for Default Judgment as to Any and All Unknown Claimants are true.

2. This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Partial Default Judgment.

IT IS THEREFORE ORDERED that all right, title, and interest of any and all unknown claimants to the Defendants-in-rem Assorted Drug Paraphernalia is forfeited to the United States and title thereto is vested in the United States.

IT IS FURTHER ORDERED that the claims of Garlan Plumlee and LookingGlass Gifts & Novelties, LLC to the Defendants-in-rem Assorted Drug Paraphernalia remain pending.

IT IS SO ORDERED.

                                                                                KAREN B. MOLZEN
                                                                                 United States Magistrate Judge